**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

DAVID W. BATES,

Plaintiff,

v.

Case No. 2:26-cv-948

WHIRLPOOL CORPORATION,

Defendant.

### NOTICE OF REMOVAL

Defendant Whirlpool Corporation ("Whirlpool"), hereby gives notice of its removal of this action on the following grounds:

1.    Plaintiff David Bates commenced this civil action in the Circuit Court of Milwaukee County in the State of Wisconsin, bearing Case Number 26CV003928.  A copy of the Summons and Complaint, being all the process, pleadings, and orders served in the state-court action, accompany this Notice:

| Ex. | Document |
|---|---|
| A | Summons and Complaint and Exhibits to Same (Apr. 27, 2026) |
| B | Milwaukee County Circuit Court Docket (accessed May 26, 2026) |

2.    Whirlpool is the only defendant named in the Complaint.

3.    As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because the Court has subject-matter jurisdiction over this action as set forth in 28 U.S.C. § 1332, and Whirlpool has satisfied the procedural requirements for removal.

## GROUNDS FOR REMOVAL

4. This action may be removed under 28 U.S.C. § 1441(a) because the Court has original jurisdiction under 28 U.S.C. § 1332(a)(1). There is complete diversity of citizenship, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

**A. Complete Diversity of Citizenship Exists Between the Parties.**

5. Upon information and belief, Plaintiff is a citizen and resident of the State of Wisconsin. **Exhibit A**, Compl. ¶ 1.

6. Defendant Whirlpool Corporation is and was, at the time Plaintiff commenced this action, a corporation organized under the laws of the State of Delaware with its principal place of business in Michigan (*see* Compl. ¶ 2), and therefore, is a citizen of the States of Delaware and Michigan for purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

7. Thus, there is complete diversity among the parties as no Defendant is a citizen of the State of Wisconsin where Plaintiff resides.

**B. The Amount-In-Controversy Requirement is Satisfied.**

8. Pursuant to 28 U.S.C. § 1332(a), the amount-in-controversy requirement for diversity jurisdiction is satisfied if the "matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs."

9. Plaintiff's Complaint asserts numerous counts under products liability theories for alleged personal injuries. The initial pleading alleges $250,000 in damages for "pain & suffering"; $7,232.03 for "out-of-pocket food expenses" and $7,205.00 for "replacement of appliance set" in addition to an unspecified amount of punitive damages, costs, and fees.

2

10. The amount in controversy alleged in a complaint is controlling for purposes of establishing diversity jurisdiction under 28 U.S.C. § 1332(a). *See Willis v. Tyco Int'l*, No. 10-CV-293, 2010 WL 3835249, at \*1 (E.D. Wis. Sept. 27, 2010) (citing *Rising–Moore v. Red Roof Inns, Inc.,* 435 F.3d 813, 815 (7th Cir. 2006).

**C. The Other Prerequisites for Removal Have Been Satisfied.**

11. In addition to satisfying the requirements of diversity jurisdiction, Defendants have satisfied all other requirements for removal.

12. The Summons and Complaint were served upon Defendant Whirlpool Corporation on April 29, 2026. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

13. The Circuit Court of Milwaukee, Wisconsin is located within the Eastern District of Wisconsin. *See* 28 U.S.C. § 1441(a).

14. No previous application has been made for the relief requested herein.

15. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders are attached hereto as Exhibit A.

16. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff, and a copy is being filed with the Clerk of the Court of Circuit Court for Milwaukee County.

17. Whirlpool reserves all of its rights and defenses, including without limitation those rights and defenses under Fed. R. Civ. P. 12.

WHEREFORE, Whirlpool respectfully removes this action from the Circuit Court of Milwaukee County, bearing Case Number 26CV003928, to this Honorable Court.

3

Dated: May 27, 2026.

Respectfully submitted,

***/s/ Lillian S. Mobley***
Mark A. Kircher
State Bar No.: 1013403
Lillian S. Mobley
State Bar No.: 1135850
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee WI  53202-4428
Phone:  414-277-5000
Email: mark.kircher@quarles.com
          lillian.mobley@quarles.com

Frank Mattingly (*pro hac vice* forthcoming)
BARNES & THORNBURG
11 S. Meridan Street
Indianapolis, IN 46204
(317) 231-6440
fmattingly@btlaw.com

*Counsel for Defendant Whirlpool Corporation*

4

**CERTIFICATE OF SERVICE**

I, Lillian S. Mobley, hereby certify that on the 27th day of May, 2026, I served the foregoing Notice of Removal upon all parties as noted below, by first-class mail and email:

David W. Bates
3700 East Elm Road
Oak Creek, WI 53154
414-255-4432
davidwbates65@gmail.com

*Plaintiff, pro se*

/s/ Lillian S. Mobley
Lillian S. Mobley

5